Young Cho
Attorney at Law: 189870
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: young_rohlfing.office@speakeasy.net

Attorneys for Plaintiff NIKKI RUSSELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI RUSSELL, | Case No.: 1:09-CV-01919 SMS |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties.

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including July 10, 2010, in which to file the Opening Brief, and that all subsequent deadlines are extended in accordance with the Scheduling Order.

IT IS SO ORDERED

Dated:  June 10, 2010          /s/ Sandra M. Snyder
                               UNITED STATES MAGISTRATE JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com